# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Shane S. Supple, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-01228 UNA |
| ) | |
| Trimac Transportation Group, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above styled and numbered case was filed on July 27, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen L. Limbaugh, Jr., United States District Judge, under cause number 1:16-cv-00203.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-01228UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated:_July 27, 2016    By: /s/ Michele  Crayton
                            Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16cv00203 SNLJ.**