UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHANE S. SUPPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:16-cv-203 SNLJ |
| vs. ) | |
| ) | |
| TRIMAC TRANSPORTATION GROUP, ) | |
| INC. and ROBERT S. MONGER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM and ORDER

Defendants move the Court for an order requiring plaintiff to appear and submit to a physical examination pursuant to Federal Rule of Civil Procedure 35. Plaintiff is seeking monetary damages for alleged injuries to his back and neck as a result of defendants' alleged negligence in connection with the motor vehicle/tractor-trailer accident at issue in this litigation. Defendants have arranged for plaintiff to undergo physical examination in Fenton, Missouri. Plaintiff objects to traveling to Fenton, Missouri for the examination because he lives in Jacksonville, Florida. He notes that he just recently traveled to Missouri for his deposition, and he points out that although Fenton is within this District, it is not near either of defendants' locations.

The Court will grant the motion. The Fenton location for the examination is within this District and is not unreasonable.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for an order requiring plaintiff to appear and submit to a physical examination is GRANTED.

Dated this  15th  day of September, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE